FILED 03 APR '26 16:25 USDC-ORE

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon    ⊡

Eugene_____ Division

| | |
|---|---|
| ROBERT CLIFFORD, Plaintiff Pro Se | Case No. **6:26-CV- 00665-AA** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| The Kroger Co. (An Ohio Corporation); Fred Meyer Stores, Inc., (An Ohio Corporation); Fred Meyer, Inc., (A Delaware Corporation); Amanda Elaine Cain (Individual); Does 1-100; Black and White Cos. 1-10. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Clifford |
| Street Address | Local Mailing Address Only: P O Box 253 |
| City and County | Coos Bay, County of Coos |
| State and Zip Code | Oregon 97420 |
| Telephone Number | (541) 217-0020 |
| E-mail Address | bobcliffordjr@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | The Kroger Company |
| Job or Title *(if known)* | |
| Street Address | 1014 Vine Street |
| City and County | Cincinnati, County of Hamilton |
| State and Zip Code | Ohio 45202 |
| Telephone Number | (513) 762-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Fred Meyer Stores, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1014 Vine Street |
| City and County | Cincinnati, County of Hamilton |
| State and Zip Code | Ohio 45202 |
| Telephone Number | (513) 762-4000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Fred Meyer, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1014 Vine Street |
| City and County | Cincinnati, County of Hamilton |
| State and Zip Code | Ohio 45202 |
| Telephone Number | (513) 762-4000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Amanda Elaine Cain |
| Job or Title *(if known)* | Manager, Loss Prevention (Fred Meyer Store #50 - Coos Bay) |
| Street Address | 1020 South First Street |
| City and County | Coos Bay, County of Coos |
| State and Zip Code | Oregon 97420 |
| Telephone Number | (541) 269-4000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Robert Clifford                              , is a citizen of the State of *(name)*  California                              .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*                              , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Amanda Elaine Caine                              , is a citizen of the State of *(name)*  Oregon                              . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*  See Attachment To Section II, B2(b).    , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Exceeds $75,000.00.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On April 3, 2024, Defendant Amanda Elaine Cain, acting for Defendants The Kroger Co., Fred Meyer Stores, Inc., Fred Meyer, Inc., within her official capacity as Loss Prevention Manager for Fred Meyer Store #50 in Coos Bay, Oregon, intentionally and falsely reported to law enforcement that Plaintiff was a 'registered sex offender'. This false statement, constituting Slander per se, directly resulted in Plaintiff's arrest and the illegal towing (Conversion) of Plaintiff's 2023 RAV4 Prime. The subsequent wrongful conversion of Plaintiff's vehicle and personal property was further facilitated by Expert Towing and its agents, acting in concert with the Fred Meyer Defendants.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks compensatory, emotional distress, and punitive damages in an amount to be determined at trial, along with costs of suit and such other relief as is prayed for herein or as the Court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/03/2026

Signature of Plaintiff          _Robert Clifford_

Printed Name of Plaintiff       Robert Clifford, Plaintiff Pro Se

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# UNITED STATES DISTRICT COURT

## FOR THE
### DISTRICT OF OREGON
### EUGENE DIVISION

**ROBERT CLIFFORD**, Plaintiff,

V.

Case No.: __6:26-CV-00665-AA__

**THE KROGER CO., et al.**, Defendants.

**ATTACHMENT TO CIVIL COMPLAINT
SECTION II., LINE ITEM: B2(b)
DIVERSITY OF CITIZENSHIP
LIST OF DEFENDANTS**

## 1. THE KROGER CO.

- **Legal Status:** Corporation
- **State of Incorporation:** Ohio
- **Principal Place of Business:** Ohio
- **Address:** 1014 Vine Street, Cincinnati, OH 45202

## 2. FRED MEYER STORES, INC.

- **Legal Status:** Corporation
- **State of Incorporation:** Ohio
- **Principal Place of Business:** Ohio
- **Address:** 1014 Vine Street, Cincinnati, OH 45202
- **Regional Headquarters of Business:** Oregon
- **Address:** 3800 SE 22nd Avenue, Portland, OR 97202

## 3. FRED MEYER, INC.

- **Legal Status:** Corporation
- **State of Incorporation:** Delaware
- **Principal Place of Business:** Ohio
- **Address:** 1014 Vine Street, Cincinnati, OH 45202
- **Regional Headquarters of Business:** Oregon
- **Address:** 3800 SE 22nd Avenue, Portland, OR 97202

## 4. AMANDA ELAINE CAIN

- **Legal Status:** Individual (Loss Prevention Manager)
- **Citizenship:** Oregon
- **Address:** 1020 S. 1st Street, Coos Bay, OR 97420

## 5. DOES 1-100; and BLACK AND WHITE COMPANIES 1-10

- **Legal Status:** Unidentified individuals and entities currently unknown to Plaintiff, to be substituted upon discovery.